# United States District Court
## *Southern District of Georgia*

Fidelity and Deposit Company of Maryland,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-102,

C.E. Hall Construction, Inc., C.E. Hall, Inc., and
Charles E. Hall,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/24/14, judgment is hereby entered in favor of Plaintiff, Fidelity & Deposit Company of Maryland, and against Defendants, C.E. Hall Construction, Inc., C.E. Hall, Inc., and Charles E. Hall, in the total amount of $1,809,243.09.

9/25/14
Date

Scott Po...
Clerk

(By) Deputy Clerk