FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 20 PM 3:55
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>    Plaintiff,<br><br>v.<br><br>C.E. HALL CONSTRUCTION, INC.; C.E. HALL, INC.; and CHARLES E. HALL, individually;<br><br>    Defendants. | CASE NO. CV411-102 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 121.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE,** and each party shall bear its own costs and attorney's fees.

SO ORDERED this 20th day of April 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA